```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-46848 CN** |
| **PHILLIP BERNARD MOORE,** | **Chapter 13** |
| **Debtor.** | **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

    Debtor seeks to modify his Chapter 13 plan as outlined in the Modified Chapter 13 Plan attached hereto as Exhibit A.

    The modification is sought on the following grounds:

    Debtor has been admitted to the hospital several times over the course of the last two (2) months and has been unable to work during this period. Debtor has returned to work part-time.

Dated: July 21, 2016

                                                   /s/ Patrick L. Forte
                                                 PATRICK L. FORTE
                                                 Attorney for Debtor